IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS VALENZUELA RODRIGUEZ,

    Plaintiff,                       No. CIV S-08-1028 GEB GGH P

   vs.

JAMES TILTON, et al.,

    Defendants.                ORDER

_____/

        Plaintiff has requested an extension of time to file an amended complaint. Plaintiff has also requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's June 30, 2008 motion for an extension of time (Docket #4) is granted; plaintiff's amended complaint is due within thirty days of the date of this order;

1

1  2. Plaintiff's June 30, 2008 request for the appointment of counsel (Docket #4) is
2  denied.
3  DATED: 07/16/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:ja
rodr1028.31+36