IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS VALENZUELA RODRIGUEZ,

    Plaintiff,                    No. CIV S-08-1028 GEB GGH P

    vs.

JAMES TILTON, et al.,

    Defendants.               <u>ORDER</u>

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. Defendants have requested to be allowed to depose plaintiff via videoconference as plaintiff is incarcerated approximately 260 miles away at Kern Valley State Prison. The motion will be granted though nothing in this order shall be interpreted as requiring any penal institution to obtain videoconferencing equipment if it is not already available.

        Accordingly, IT IS HEREBY ORDERED that defendants motion to conduct the deposition via videoconference (Doc. 59) is granted.

DATED: June 13, 2011

                                    /s/ Gregory G. Hollows
                                    GREGORY G. HOLLOWS
                                    UNITED STATES MAGISTRATE JUDGE

GGH:kly
rodr1028.ord

1