IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS VALENZUELA RODRIGUEZ,

      Plaintiff,                         No. CIV S-08-1028 GEB GGH P

    vs.

JAMES TILTON, et al.,

      Defendants.                ORDER

_____/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed April 29, 2011, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On July 5, 2011, plaintiff submitted the copies of the amended complaint but failed to submit a completed USM-285 form with an address for service of defendant Reyes.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to send plaintiff one blank USM-285 form; and

////

1

2. Within thirty days, plaintiff shall submit to the court the completed USM-285 form for defendant Reyes required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

DATED: July 12, 2011

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:mp
rodr1028.8f