IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS VALENZUELA RODRIGUEZ,

        Plaintiff,                                   No.  CIV S-08-1028 GEB GGH P

    vs.

JAMES TILTON, et al.,

        Defendants.                                  <u>ORDER</u>

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On July 13, 2011, the court ordered the United States Marshal to serve the complaint on defendants.  Process directed to defendant Tucker was returned unserved because "not authorized to accept service."  Plaintiff must provide additional information to serve this defendant.  Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff.  If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

////

////

1

1 | Accordingly, IT IS HEREBY ORDERED that:

2 | 1. The Clerk of the Court is directed to send to plaintiff one USM-285 form,
3 | along with an instruction sheet and a copy of the amended complaint filed August 20, 2010;
4 | 2. Within sixty days from the date of this order, plaintiff shall complete and
5 | submit the attached Notice of Submission of Documents to the court, with the following
6 | documents:
7 |   a. One completed USM-285 form for defendant Tucker;
8 |   b. Two copies of the endorsed amended complaint filed August 20, 2010;
9 |   and
10 |   c. One completed summons form (if not previously provided)
11 | or show good cause why he cannot provide such information.
12 | DATED: September 9, 2011

         /s/ Gregory G. Hollows
         UNITED STATES MAGISTRATE JUDGE

GGH:mp
rodr1028.8e(3)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS VALENZUELA RODRIGUEZ,

      Plaintiff,                             No. CIV S-08-1028 GEB GGH P

    vs.

JAMES TILTON, et al.,                <u>NOTICE OF SUBMISSION</u>

      Defendants.                 <u>OF DOCUMENTS</u>

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____    completed summons form

      ___1___    completed USM-285 forms

      ___2___    copies of the __August 20, 2010__
                                  Amended Complaint

DATED:

                                      _____
                                      Plaintiff