IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VALENZUELA RODRIGUEZ,<br><br>        Plaintiff,<br>vs.<br><br>JAMES TILTON, et al.,<br><br>        Defendants. | CASE NO: 2:08-cv-01028-GEB-GGH P<br><br>**ORDER REGARDING DEFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER** |

      Pursuant to the March 16, 2011, discovery and scheduling order (Docket No. 50), and the order of June 21, 2011 (Docket No. 63) that modified it, the deadline for conducting discovery was July 15, 2011, and the deadline for filing dispositive motions is October 10, 2011.  On September 16, 2011, the defendant BRIMHALL made his first appearance in this case by filing an answer to the plaintiff's third amended complaint. (Docket No. 86)  The plaintiff is also continuing in his efforts to serve additional defendants.  The defendants have filed a motion requesting that the parties be permitted to conduct discovery with respect to BRIMHALL and other newly-served and appearing defendants.  The defendants move that this new discovery period conclude ninety (90) days following the appearance of the last-served defendant or the deadline for that defendant to make an appearance.  The motion also requests that the deadline for filing dispositive motions be vacated and re-set for ninety (90) days following the close of this new discovery period.  Good cause appearing, the defendants' motion is granted.

      Accordingly, IT IS HEREBY ORDERED that:

      1.     Parties may now conduct discovery with respect to BRIMHALL and other newly-served and appearing defendants for a period concluding ninety (90) days following

the appearance of the last-served defendant or the deadline for that defendant to make an appearance.

2. The current deadline for filing dispositive motions is vacated. The new deadline for filing dispositive motions is ninety (90) days from the end of the new discovery period with respect to BRIMHALL and other newly-served and appearing defendants.

IT IS SO ORDERED.

DATED: September 29, 2011

　　　　　　　　　　　　　　　　　　 /s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE