IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS VALENZUELA RODRIGUEZ,

    Plaintiff,　　　　　　　　　No. 2:08-cv-1028 GEB GGH P

    vs.

JAMES TILTON, et al.,　　　　　　　　ORDER

    Defendants.

_____/

    Plaintiff is a prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.  There are 23 defendants in this case, and it took more than a year to effectuate service on each defendant.  As new defendants were answering the complaint quite frequently, the undersigned issued an order on September 30, 2011, that discovery would conclude 90 days following the appearance of the last served defendant and the deadline for filing dispositive motions would be 90 days following the close of discovery.  On May 3, 2012, the final defendants were served in this action.  Therefore, discovery ended on August 1, 2012, and the deadline to file dispositive motions is October 30, 2012.

    IT IS SO ORDERED.

DATED: September 12, 2012

                      /s/ Gregory G. Hollows
                UNITED STATES MAGISTRATE JUDGE

GGH: AB - rodr1028.ord2