IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS VALENZUELA RODRIGUEZ,

                    Plaintiff,                    No. 2:08-cv-1028 GEB AC P

          vs.

JAMES TILTON, et al.,

                    Defendants.                    <u>ORDER</u>

_____/

          Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action.  On November 13, 2012, plaintiff filed his third request for the appointment of counsel.  As with his first two requests, plaintiff seeks appointment of counsel on the grounds that he is indigent, that the issues in this case are complex, and that he is a mental health patient. Plaintiff's previous requests were filed on June 30, 2008 (Doc. No. 4) and April 11, 2011 (Doc. No. 55).  Both requests were denied.  <u>See</u> Doc. Nos. 5, 58.

/////
/////
/////
/////
/////

1    In light of those orders, and because plaintiff has not presented new facts or

2 circumstances warranting the appointment of counsel, IT IS HEREBY ORDERED that

3 plaintiff's November 13, 2012 request (Doc. No. 135) is denied.

4 DATED: December 3, 2012.

5                                          ____/s/_____

6                                          ALLISON CLAIRE
                                           UNITED STATES MAGISTRATE JUDGE

7

8

9 /mb;rodr1028.31.thr

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26