IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS VALENZUELA RODRIGUEZ,

    Plaintiff,                    No. 2:08-cv-1028 GEB AC P

   vs.

JAMES TILTON, *et al.*,

    Defendants.              <u>ORDER</u>

/

        Plaintiff is a prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Before the court are two motions to compel filed by plaintiff. The first motion seeks an order compelling responses to plaintiff's discovery requests that were served on defendant Reyes on December 7, 2011. ECF No. 147. The second motion seeks an order compelling responses to plaintiff's discovery requests served on defendant Chavez on May 10, 2011. ECF No. 148. Both of these motions will be denied as untimely because discovery in this case concluded on August 1, 2012. ECF No. 123.

////

////

////

1

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's February 7, 2013

2 motions to compel (ECF Nos. 147, 148) are denied.

3 DATED: March 18, 2013.

                                    ALLISON CLAIRE
                                    UNITED STATES MAGISTRATE JUDGE

7 /mb;rodr1028.mtc