IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS VALENZUELA RODRIGUEZ,

    Plaintiff,    No. 2:08-cv-1028 GEB AC P

    vs.

JAMES TILTON, et al.,

    Defendants.    ORDER
_____/

    On December 3, 2012, the Magistrate Judge issued an order denying plaintiff's motion for appointment of counsel. On March 20, 2013, plaintiff filed a request for reconsideration of that order. Local Rule 303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within fourteen days . . . from the date of service of the ruling on the parties. . ." E.D. Local Rule 303(b). Plaintiff's request for reconsideration of the magistrate judge's order of December 3, 2012 is therefore untimely.

    Accordingly, IT IS HEREBY ORDERED that plaintiff's March 20, 2013, request for reconsideration (ECF No. 156) is denied.

Dated: May 30, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge