UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VALENZUELA RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES TILTON, et al.,<br><br>　　　　Defendants. | No. 2:08-cv-01028 GEB AC P<br><br><br>ORDER |

In light of the statement noting Defendant Duclos's death upon the record, defendants will be directed to serve the statement pursuant to Federal Rule of Civil Procedure 25(a)(3). Defendants shall forthwith serve the statement noting death on plaintiff and any known successors or representatives of the deceased party as provided in Fed. R. Civ. P. 5 and 4, respectively. See Fed. R. Civ. P. 25(a)(3); see also Barlow v. Ground, 39 F.2d 231, 233-34 (9th Cir. 1994).

Accordingly, IT IS HEREBY ORDERED that defendants shall serve the May 7, 2012 statement noting death pursuant to Federal Rule of Civil Procedure 25(a)(3) within twenty-one days of this order and shall file a certificate of service with the court.

DATED: March 3, 2014

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1