|   |   |
|---|---|
| LUIS VALENZUELA RODRIGUEZ, | No. 2:08-cv-01028 GEB AC P |
| Plaintiff, | |
| v. | ORDER |
| JAMES TILTON, et al., | |
| Defendants. | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to this court's March 3, 2014 order granting plaintiff's motion for the appointment of pro bono counsel, the court has determined that a limited purpose appointment of counsel for plaintiff is warranted. Kresta Daly has been selected from the court's pro bono attorney panel to represent plaintiff and she has accepted this limited purpose appointment.

Accordingly, IT IS HEREBY ORDERED that:

1. Kresta Daly is appointed as limited purpose counsel in the above entitled matter. This appointment is for the limited purpose of: (1) reviewing the present case and record; (2) seeking any additional discovery necessary to oppose summary judgment; and (3) responding to any renewed motion for summary judgment.

2. This limited purpose appointment will terminate upon adjudication of any renewed

1

motion for summary judgment or the expiration of the time for filing such motion.

3. Kresta Daly shall notify Sujean Park, at (916) 930-4278, or via email at spark@caed.uscourts.gov, if she has any questions related to the appointment.

4. The Clerk of Court is directed to serve a copy of this order upon Kresta Daly, Kresta Daly LLP, REA Bldg., 431 I Street, Ste. 201, Sacramento, California 95814.

5. A scheduling conference is set for April 23, 2014 at 10:00 a.m. in Courtroom No. 26. Status reports are not required, but the parties shall meet and confer prior to the scheduling conference and shall be prepared to discuss a schedule for limited re-opened discovery and the filing of renewed summary judgment motions.

DATED: March 19, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE