1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    LUIS VALENZUELA RODRIGEUZ,                    No.  2:08-cv-01028 GEB AC P

12              Plaintiff,

13         v.                                       FINDINGS AND RECOMMENDATIONS

14    JAMES TILTON, et al.,

15              Defendants.

16

17         A suggestion of death upon the record pertaining to defendant Duclos was filed on March

18    24, 2014.  Pursuant to Federal Rule of Civil Procedure 25, a motion for substitution of a proper

19    party must be made no later than ninety days after the death is suggested upon the record.  That

20    time period has now expired, and no motion for substitution has been filed.

21         Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed as to

22    defendant Duclos.

23         These findings and recommendations are submitted to the United States District Judge

24    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

25    after service of these findings and recommendations, any written objections may be filed with the

26    court.  The document should be captioned "Objections to Magistrate Judge's Findings and

27    Recommendations."  Any response to the objections shall be filed and served within fourteen

28    days after service of the objections.  Failure to file objections within the specified time may waive

1

1   the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

2   DATED: July 23, 2014

3   _____
    ALLISON CLAIRE

4   UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28