1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    LUIS VALENZUELA RODRIGUEZ,               No.  2:08-cv-1028 GEB AC P

12                  Plaintiff,

13          v.                                  ORDER

14    JAMES TILTON, et al.,

15                  Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19    28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On July 24, 2014, the magistrate judge filed findings and recommendations herein which

21    were served on all parties and which contained notice to all parties that any objections to the

22    findings and recommendations were to be filed within fourteen days.  Neither party has filed

23    objections to the findings and recommendations.

24          The court has reviewed the file and finds the findings and recommendations to be

25    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26    ORDERED that:

27    /////

28    /////

1

1      1.  The findings and recommendations filed July 24, 2014, are adopted in full; and

2      2.  This action is dismissed as to defendant Duclos.

3   DATED:

4   Dated:  August 11, 2014

5

6

7                                        GARLAND E.  BURRELL,  JR.
                                         Senior  United  States  District  Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2