UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS VALENZUELA RODRIGUEZ
        Plaintiff,              No.  2:08-cv-1028 GEB AC P
vs.

JAMES TILTON, et al.
        Defendants.       **ORDER & WRIT OF HABEAS CORPUS**
/                                    **AD TESTIFICANDUM**

      Luis Valenzuela Rodriguez, inmate #C-33000, a necessary and material witness in proceedings in this case on July 22, 2015, is confined in Richard J. Donovan Correctional Facility, 480 Alta Road, San Diego, CA 92179, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Allison Claire, to appear by telephonic-conferencing at Richard J. Donovan Correctional Facility, July 22, 2015, at 10:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by telephonic-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ;

      3.  The Clerk of the Court is directed to fax a courtesy copy of this order and writ of habeas corpus ad testificandum to the Litigation Coordinator at Richard J. Donovan Correctional Facility at (619) 671-7566.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  The Warden of Richard J. Donovan Correctional Facility, 480 Alta Road, San Diego, CA 92179:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by telephonic-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: July 2, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE