UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VA.ENZUELA RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>JAMES TILTON, et al.,<br><br>Defendants. | No. 2:08-cv-1028 GEB AC P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding with a civil rights action pursuant to 42 U.S.C. § 1983. Currently before the court is the motion to withdraw as counsel brought by plaintiff's appointed counsel, Kresta Daly. ECF No. 220.

On July 22, 2015, a closed, ex parte hearing on counsel's motion to withdraw was held before the undersigned. ECF No. 223. Good cause appearing, the motion to withdraw as counsel will be granted. The court is currently attempting to locate substitute counsel for plaintiff. Once substitute counsel is located, or the court determines that substitute counsel cannot be found, the court will schedule a status conference and/or issue an amended scheduling order.

////
////
////
////

Accordingly, IT IS HEREBY ORDERED that:

1. The motion to withdraw brought by attorney Kresta Daly (ECF No. 220) is granted.

2. Once substitute counsel is located, or the court determines that substitute counsel cannot be found, the court will schedule a status conference and/or issue an amended scheduling order.

DATED: August 4, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2