UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VALENZUELA RODRIGUEZ, | No. 2:08-cv-01028 GEB AC P |
| Plaintiff, | |
| v. | ORDER |
| JAMES TILTON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. On March 3, 2014, the court determined that a limited purpose appointment of counsel for plaintiff was warranted, and issued an order granting plaintiff's motion for the appointment of pro bono counsel. ECF No. 204. On June 30, 2015, plaintiff's pro bono counsel moved to withdraw as plaintiff's attorney of record (ECF No. 220) and after a hearing on the matter, the motion was granted (ECF Nos. 223, 224). The court has managed to locate substitute pro bono counsel to represent plaintiff. Thomas Woods has been selected from the court's pro bono attorney panel to take over the representation of plaintiff and he has accepted this limited purpose appointment.

Accordingly, IT IS HEREBY ORDERED that:

1. Thomas Woods is appointed as limited purpose counsel in the above entitled matter. This appointment is for the limited purpose of: (1) reviewing the present case and record; (2)

1

filing an amended complaint, if appropriate; and (3) responding to any renewed motion for summary judgment.

2. This limited purpose appointment will terminate upon adjudication of any renewed motion for summary judgment or the expiration of the time for filing such motion.

3. Thomas Woods shall notify Sujean Park, at (916) 930-4278, or via email at spark@caed.uscourts.gov, if he has any questions related to the appointment.

4. The Clerk of Court is directed to serve a copy of this order upon Thomas Woods, Stoel Rives LLP, 500 Capitol Mall, Suite 1600, Sacramento, CA 95814.

5. The Clerk of Court shall also serve a copy of this order on plaintiff, Luis Rodriguez, CDCR #C-33000, at R.J. Donovan Correctional Facility, 480 Alta Road, San Diego, CA 92179, and a courtesy copy upon plaintiff's previous pro bono counsel, Kresta Daly at Barth Daly LLP, 431 I Street, Suite 201, Sacramento CA 95814.

6. Within thirty days of the filing of this order, counsel for the parties shall submit a joint status report containing proposed deadlines for filing a motion to amend the complaint accompanied by a proposed amended complaint and for filing a renewed motion for summary judgment.

DATED: November 3, 2015

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE