**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Suite 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
Matthew Ross Wilson, CSB #236309

Attorneys for defendants
STOREY, GALLOWAY, DAVIS, VILLALVA,
PEIRI, SMITH, ZIEBERT, HAMILTON,
SANTOS, CHAVEZ, LINDE, BUENO, WOHLERS,
BRIMHALL, JOHNSON, POWELL, TAYLOR,
RODGERS, MOLIN (sued herein as "Mullen"),
AYERS (TUCKER) and REYES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VALENZUELA RODRIGUEZ,<br><br>              Plaintiff,<br>vs.<br><br>JAMES TILTON, et al.,<br><br>              Defendants. | No.  2:08-cv-01028-GEB-AC<br><br>**STIPULATION AND [PROPOSED] ORDER RE REQUEST TO EXTEND TIME TO FILE JOINT STATUS REPORT** |

The current deadline for the parties to file their joint status report is December 4, 2015. (Docket No. 225) The plaintiff's counsel was appointed by the Court on November 3, 2015. Plaintiff's counsel has requested the file for this case from the plaintiff's previous counsel but it has not yet been received. He expects it to arrive in the next few days. Due to the size of this file, the upcoming Thanksgiving holiday, and a variety of other deadlines in other cases, plaintiff's counsel does not expect he will be able to review the file and participate in the preparation of a joint status report before the current deadline for filing the report. For these reasons, the parties have stipulated to and request a short extension to January 4, 2016, to file their joint status report. No trial

date has been set in this case.

Dated: November 23, 2015        STOEL RIVES LLP


                                By:/s/ "Thomas Woods" (signed with permission)
                                    THOMAS WOODS
                                    Attorney for plaintiff RODRIGUEZ

Dated: November 23, 2015        WILLIAMS & ASSOCIATES


                                By:     /s/ Matthew Ross Wilson
                                    MATTHEW ROSS WILSON
                                    Attorneys for defendants STOREY,
                                    GALLOWAY, DAVIS, VILLALVA,
                                    PEIRI, SMITH, ZIEBERT, HAMILTON,
                                    SANTOS, CHAVEZ, LINDE, BUENO,
                                    WOHLERS, BRIMHALL, JOHNSON, POWELL,
                                    TAYLOR, RODGERS, MOLIN (sued herein as
                                    "Mullen"), AYERS (TUCKER) and REYES


    Based on the parties' stipulation, and good cause appearing, IT IS HEREBY

ORDERED that the request is granted and the parties are to file a joint status report on

or before January 4, 2016.

    IT IS SO ORDERED.

DATED: November 30, 2015

                                _____
                                ALLISON CLAIRE
                                UNITED STATES MAGISTRATE JUDGE