1  THOMAS A. WOODS (SB #210050)
   thomas.woods@stoel.com
2  STOEL RIVES LLP
   500 Capitol Mall, Suite 1600
3  Sacramento, CA  95814
   Telephone:  (916) 447-0700
4  Facsimile:  (916) 447-4781

5  Attorneys for Plaintiff
   LUIS VALENZUELA RODRIGUEZ

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10                  SACRAMENTO DIVISION

11 LUIS VALENZUELA RODRIGUEZ,            Case No. 2:08-cv-01028-GEB-AC

12              Plaintiff,                STIPULATION AND [PROPOSED]
                                          ORDER RE REQUEST TO EXTEND
13      v.                                TIME TO FILE JOINT STATUS REPORT

14 JAMES TILTON, et al.,

15              Defendants.

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION AND [PROPOSED] ORDER
RE REQUEST TO EXTEND TIME                     2:08-CV-01028-GEB-AC

80890994.1 0099820-08060

## STIPULATION

The current deadline for the parties to file their joint status report is January 4, 2016. (Docket No. 227). The plaintiff's counsel was appointed by the Court on November 3, 2015. Plaintiff's counsel promptly requested the file for this case from the plaintiff's previous counsel, but the file is voluminous and was only received just before the Thanksgiving Holiday. Plaintiff's new counsel immediately started his review of the file and has met and conferred with his client on several occasions, but the file and docket in the case are very large, confusing, and require more time for review especially with intervening holidays.

For these reasons, the parties have stipulated to and request a short extension to January 18, 2016, to file their joint status report. No trial date has been set in this case.

DATED:  December 28, 2015

STOEL RIVES LLP

By: /s/ Thomas A. Woods
    THOMAS A. WOODS
    Attorneys for Plaintiff
    LUIS VALENZUELA RODRIGUEZ

DATED:  December 28, 2015

WILLIAMS & ASSOCIATES

By: /s/ Matthew Wilson
    MATTHEW ROSS WILSON
    (as authorized on December 28, 2015)
    Attorneys for Defendants
    STOREY, GALLOWAY, DAVIS,
    VILLALVA, PEIRI, SMITH, ZIEBERT,
    HAMILTON, SANTOS, CHAVEZ,
    LINDE, BUENO, WOHLERS,
    BRIMHALL, JOHNSON, POWELL,
    TAYLOR, RODGERS, MOLIN (sued
    herein as "Mullen"), AYERS (TUCKER)
    and REYES

[PROPOSED] ORDER

Based on the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that the request is granted and the parties are to file a joint status report on or before January 18, 2016.

IT IS SO ORDERED.

DATED: December 30, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION AND [PROPOSED] ORDER
RE REQUEST TO EXTEND TIME     -2-     2:08-CV-01028-GEB-AC

80890994.1 0099820-08060