THOMAS A. WOODS (SB #210050)
thomas.woods@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  (916) 447-0700
Facsimile:  (916) 447-4781

Attorneys for Plaintiff
LUIS VALENZUELA RODRIGUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| LUIS VALENZUELA RODRIGUEZ, | Case No. 2:08-cv-01028-GEB-AC |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RE REQUEST TO EXTEND TIME TO FILE JOINT STATUS REPORT |
| v. | |
| JAMES TILTON, et al., | |
| Defendants. | |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION AND [PROPOSED] ORDER
RE REQUEST TO EXTEND TIME

2:08-CV-01028-GEB-AC

81013885.1 0099820-08060

The current deadline for the parties to file their joint status report is January 18, 2016. (Docket No. 229).[1]

The deadline for the parties to file their joint status report has been extended by stipulation and order previously, mainly because Plaintiff's recently appointed pro bono counsel received the case file the day before the Thanksgiving holiday and counsel has needed time, particularly with ensuing holidays, to: meet and confer with Plaintiff who is incarcerated, and review the voluminous file, pleadings and court docket in this case that has been pending since 2008. Plaintiff's pro bono counsel has worked diligently to complete his review, has met and conferred telephonically with Plaintiff numerous times, met and conferred with opposing counsel telephonically, and, this week, completed his review and assessment of the case and file pursuant to the Court's Order Appointing Pro Bono Counsel, dated November 4, 2015.  (Docket No. 225).

Although the file has been reviewed, Plaintiff's pro bono counsel has not had an opportunity to discuss with Plaintiff (who is incarcerated in San Diego County) the outcome of counsel's review and recommendations for next steps.  Plaintiff's pro bono counsel has arranged to speak with Plaintiff, who has limited access to telephones, during the week of January 18, 2016 to discuss the case and counsel's assessment of the file.  Plaintiff's pro bono counsel, however, understands that it is only proper for him to discuss Plaintiff's case with Plaintiff before counsel discusses the same with the Court and opposing counsel.

For these reasons, the parties have stipulated to and request a short extension to February 3, 2016, to ensure that Plaintiff's pro bono counsel has adequate opportunity to discuss the case with his client the week of January 18, 2016, and then file their joint status report.  No trial date has been set in this case.

---

[1] At the time they prepared and submitted their last Stipulation extending the joint status report deadline to January 18, 2016, the parties neglected to appreciate that Monday, January 18, 2016 is a federal and office holiday.

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION AND [PROPOSED] ORDER RE REQUEST TO EXTEND TIME    -1-    2:08-CV-01028-GEB-AC

81013885.1 0099820-08060

| | |
|---|---|
| 1 | DATED: January 14, 2016 |
| 2 | |
| 3 | STOEL RIVES LLP |
| 4 | |
| 5 | By: /s/ Thomas A. Woods |
| | THOMAS A. WOODS |
| | Attorneys for Plaintiff |
| 6 | LUIS VALENZUELA RODRIGUEZ |
| 7 | |
| 8 | DATED: January 14, 2016 |
| 9 | WILLIAMS & ASSOCIATES |
| 10 | |
| 11 | By: /s/ Matthew Ross Wilson |
| | (as authorized on January 14, 2016) |
| 12 | MATTHEW ROSS WILSON |
| | Attorneys for Defendants |
| 13 | STOREY, GALLOWAY, DAVIS, VILLALVA, PEIRI, SMITH, ZIEBERT, HAMILTON, SANTOS, CHAVEZ, LINDE, BUENO, WOHLERS, BRIMHALL, JOHNSON, POWELL, TAYLOR, RODGERS, MOLIN (sued herein as "Mullen"), AYERS (TUCKER) and REYES |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION AND [PROPOSED] ORDER
RE REQUEST TO EXTEND TIME     -2-     2:08-CV-01028-GEB-AC

81013885.1 0099820-08060

1    [PROPOSED] ORDER

2    Based on the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that the request is granted and the parties are to file a joint status report on or before February 3, 2016.

    IT IS SO ORDERED.

DATED: January 15, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE