1  THOMAS A. WOODS (SB #210050)
   thomas.woods@stoel.com
2  STOEL RIVES LLP
   500 Capitol Mall, Suite 1600
3  Sacramento, CA 95814
   Telephone: (916) 447-0700
4  Facsimile: (916) 447-4781

5  Attorneys for Plaintiff
   LUIS VALENZUELA RODRIGUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| LUIS VALENZUELA RODRIGUEZ, | Case No. 2:08-cv-01028-GEB-AC |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER RE REQUEST TO EXTEND TIME TO FILE JOINT STATUS REPORT |
| v. | |
| JAMES TILTON, et al., | |
| Defendants. | |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION AND [PROPOSED] ORDER
RE REQUEST TO EXTEND TIME

2:08-CV-01028-GEB-AC

81013885.1 0099820-08060

1    The current deadline for the parties to file their joint status report is February 3, 2016.
2 (Docket No. 230).  Counsel for the parties have worked cooperatively to date and have even
3 discussed grounds for potential amendment of the operative pleadings.  Stipulation Exhibit 1
4 corroborates that cooperation and shows recent unexpected developments giving rise to this
5 Stipulation.
6    This request for a 30-day continuance of the joint status report filing deadline is made now
7 because counsel for the parties were only able to confirm as recently as yesterday (February 2,
8 2016) that incarcerated Plaintiff Luis Rodriguez was recently, unexpectedly hospitalized on
9 January 24, 2016 as an in-patient at TriCity Hospital in San Diego.  Plaintiff's counsel had been
10 curious as to why Plaintiff had not contacted counsel on expected dates to discuss his case -- this
11 hospitalization is the reason why discussions have not been possible.  Reports are that the
12 hospitalization may last as long as two weeks from February 1, 2016.
13    The February 3, 2016 joint status report submission date *had been* deliberately selected by
14 Plaintiff's counsel because: 1) Plaintiff was not hospitalized at the time the last request for an
15 extension was made, this hospitalization was not expected, thus discussions with Plaintiff
16 concerning his case were set and possible, and 2) Plaintiff's counsel commences a three week
17 period of leave from February 5, 2016 through February 29, 2016.  The plan and intent was to
18 complete discussions with Plaintiff and submit the Joint Statement prior to Plaintiff's counsel's
19 leave beginning February 5.  With these recent unexpected developments preventing completion
20 of discussion with Plaintiff and meet-and-confer on a preparation of a complete Joint Statement, it
21 is not possible for counsel for the parties to meet the February 3, 2016 deadline.
22    For these reasons, the parties request a 30 day continuation of the deadline to complete the
23 Joint Status Report, until March 4, 2016.
24
25    Although the file has been reviewed, Plaintiff's pro bono counsel has not had a full and
26 complete opportunity to discuss with Plaintiff (who is incarcerated in San Diego County) the
27 outcome of counsel's review and recommendations for next steps.  Plaintiff's pro bono counsel
28 has arranged to speak with Plaintiff, who has limited access to telephones.  Counsel anticipates

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION AND [PROPOSED] ORDER
RE REQUEST TO EXTEND TIME          -1-          2:08-CV-01028-GEB-AC

81013885.1 0099820-08060

1  that a 30-day continuance will accommodate Plaintiff's and Plaintiff's counsel's schedules to
2  complete the joint statement.
3      For these reasons, the parties have stipulated to and request an extension to March 4,
4  2016, to ensure that Plaintiff's pro bono counsel has adequate opportunity to discuss the case with
5  his client. No trial date has been set in this case.
6
7  DATED: February 3, 2016
8                                              STOEL RIVES LLP
9
10                                             By: /s/ Thomas A. Woods
                                                   THOMAS A. WOODS
11                                                 Attorneys for Plaintiff
                                                   LUIS VALENZUELA RODRIGUEZ
12
13 DATED: February 3, 2016
14                                             WILLIAMS & ASSOCIATES
15
16                                             By: /s/ Matthew Ross Wilson
                                                   (as authorized on February 3, 2016)
17                                                 MATTHEW ROSS WILSON
                                                   Attorneys for Defendants
18                                                 STOREY, GALLOWAY, DAVIS,
                                                   VILLALVA, PEIRI, SMITH, ZIEBERT,
19                                                 HAMILTON, SANTOS, CHAVEZ,
                                                   LINDE, BUENO, WOHLERS,
20                                                 BRIMHALL, JOHNSON, POWELL,
                                                   TAYLOR, RODGERS, MOLIN (sued
21                                                 herein as "Mullen"), AYERS (TUCKER)
                                                   and REYES
22
23
24
25
26
27
28

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION AND [PROPOSED] ORDER
RE REQUEST TO EXTEND TIME    -2-                    2:08-CV-01028-GEB-AC

81013885.1 0099820-08060

1

## [PROPOSED] ORDER

2

Based on the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that the request is granted and the parties are to file a joint status report on or before March 4, 2016.

IT IS SO ORDERED.

DATED: February 3, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION AND [PROPOSED] ORDER
RE REQUEST TO EXTEND TIME         -3-         2:08-CV-01028-GEB-AC

81013885.1 0099820-08060