UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VALENZUELA RODRIGUEZ, | No. 2:08-cv-1028 GEB AC P |
| Plaintiff, | |
| v. | ORDER |
| JAMES TILTON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding through counsel with this civil rights action pursuant to 42 U.S.C. § 1983. In preparation for the telephonic status conference scheduled to take place on May 4, 2016, plaintiff's counsel has filed a status update notifying the court that plaintiff has passed away. ECF No. 239. Counsel requests that he be allowed to appear personally at the May 4, 2016 hearing, rather than telephonically, so that plaintiff's wife and daughter may be present at the hearing. Id. Although the court understands the desire of plaintiff's survivors to attend the May 4, 2016 hearing, the court finds that the telephonic appearance of counsel at the hearing is more appropriate at this time.

////

////

////

////

1

1  Accordingly, IT IS HEREBY ORDERED that counsel's request to appear personally at
2 the May 4, 2016 hearing is denied.
3 DATED: May 3, 2016

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE