UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS VALENZUELA RODRIGUEZ, | No. 2:08-cv-1028 GEB AC P |
| Plaintiff, | |
| v. | ORDER |
| JAMES TILTON, et al., | |
| Defendants. | |

A status conference was held in this case on May 4, 2016, in which the impact of plaintiff's death on the case was discussed. ECF No. 241. Plaintiff's appointed counsel and counsel for defendants have now filed a formal notice of plaintiff's death that includes a certificate of service showing that it has been served on the known individuals that may claim to be plaintiff's successor or representative. ECF No. 242. Plaintiff's counsel shall be released from his appointment and, all other deadlines having been previously vacated (ECF No. 238), there are no further matters to be resolved until a motion for substitution is filed or the time for doing so expires.

////

////

////

////

1

1   Accordingly, IT IS HEREBY ORDERED that plaintiff's appointed counsel, Mr. Thomas
2   Woods, is released from his appointment as plaintiff's counsel.
3   DATED: May 9, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE